UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

Acknowledged.

This action is hereby dismissed with prejudice.

Date: 8/24/2020

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

| | |
|---|---|
| TERRI WALKER,<br><br>            Plaintiff,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>            Defendant. | Civil Action No. 1-20-cv-960-SEB-DML<br><br>Document Electronically Filed |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Terri Walker and Defendant FedEx Ground Package System, Inc., being all parties who have appeared in this civil action, hereby stipulate, as evidenced by the signatures below, that the above-styled civil action should be dismissed in its entirety, with prejudice, and without an award of fees or costs of any type whatsoever to any of the parties.

IT IS SO STIPULATED this 11th day of August, 2020.

Respectfully submitted,

*s/ Tiffany R. Guthrie, Esq.*
Tiffany R. Guthrie, Esq.
Darron S. Stewart, Esq.
STEWART & STEWART ATTORNEYS
931 S. Rangeline Rd.
Carmel, Indiana 46032
Tel: (317) 846-8999
Fax: (317) 843-1991
Email: *tiffany@getstewart.com*
*darron@getstewart.com*

**Attorneys for Plaintiff,
Terri Walker**

*s/ Laurel K. Cornell*
Laurel K. Cornell, Esq.
FISHER & PHILLIPS LLP
220 West Main Street
Louisville, Kentucky 40202
Tel: (502) 561-3987
Fax: (502) 561-3991
Email: *lcornell@fisherphillips.com*

David J. Kiefer, Esq.*
FedEx Ground Package System, Inc.
1000 FedEx Drive
Moon Township, PA 15108
Tel: (412) 859-5720
Fax: (412) 859-5450

FP 38374999.1